RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

OCT - 9 2026

DANIEL J. McCOY, CLERK
BY:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

UNITED STATES OF AMERICA

6:26-mj-00247
MAGISTRATE JUDGE AYO

v.

JOSEPH LEYVA

Defendant

/

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Alan-Michael Nelson, is a Louisiana State Trooper employed by the Louisiana Department of Public Safety, assigned to the Special Investigations Group, Breaux Bridge Field Office, and Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) New Orleans Division, Lafayette Resident Agency, being duly sworn, deposes and states under oath that:

1. Your affiant is an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2251 of Title 18, United States Code.

2. Your affiant has participated in numerous child exploitation investigations which resulted in state charges and subsequent convictions of suspects. During these investigations, your affiant conducted numerous interviews, obtained and executed search warrants, collected and processed evidence, and obtained arrest warrants and criminal charges, in furtherance of child exploitation investigations.

3. This affidavit is being submitted in support of an application for an arrest warrant in the matter of Joseph LEYVA. Your affiant submits that there is probable cause to believe that LEYVA did unlawfully, knowingly, and intentionally violate Title 18, United States Code § 2251(a), Attempted Production of Child Sexual Abuse Material.

4. The information contained within this affidavit is based on your affiant's personal knowledge, training and experience, as well as information provided to him by other law enforcement officers assisting with this investigation. Your affiant has not included each and every fact known to him concerning this investigation. Your affiant has set forth only the facts that he believes are necessary to establish the foundation for an order authorizing arrest of LEYVA.

## THE INVESTIGATION - FACTUAL BACKGROUND

5. On October 6, 2026, Louisiana State Police – Special Investigations Group, Breaux Bridge Field Office initiated an investigation into Joseph LEYVA, an adult male residing in Castroville, Texas. LEYVA is the suspect in an ongoing investigation involving the attempted production of child sexual abuse material (CSAM) in violation of Title 18, United States Code, Section 2251(a), Attempted Production of Child Sexual Abuse Material. LEYVA's victim, referenced hereinafter as MINOR VICTIM, is identified as a 9-year-old female and resides within the Western District of Louisiana.

## FACTS SUPPORTING PROBABLE CAUSE

6. On October 6, 2026, Louisiana State Police – Special Investigations

Group initiated a child exploitation investigation based on a complaint received by a local police department. Investigators determined that on October 5, 2026, the mother of MINOR VICTIM had reported that she had discovered that a man had been communicating with and requesting nude images and videos from MINOR VICTIM beginning in September 2026 using the social media platform, TikTok. MINOR VICTIM was identified as a minor female, approximately 9-years-old. Upon information and belief, during all pertinent dates herein, MINOR VICTIM was physically located within the Western District of Louisiana.

7. The child's mother gave consent to investigators to review the contents of MINOR VICTIM'S iPhone 13, and investigators also obtained a state search warrant for the iPhone 13. Investigators located within MINOR VICTIM's iPhone 13, text, videos, and images communicated to and from MINOR VICTIM using the social media platform, TikTok. Those messages were communicated to and from a user with a TikTok account name that had been either deleted or disabled by the time investigators viewed the messages. Investigators learned that while the suspect TikTok account had been deleted/disabled, the suspect user also communicated with MINOR VICTIM using a second TikTok account named, "bogcok." The user was later identified as LEYVA as detailed herein. Among those communications, investigators observed several images of LEYVA that he sent to MINOR VICTIM, including image/videos of his face and at least one image/video of his penis. Additionally, investigators observed communications from LEYVA asking MINOR VICTIM to video call him while nude and asking MINOR VICTIM to send images/videos of

herself in the nude. The following contains a selected transcription of pertinent communications between LEYVA and MINOR VICTIM on or about October 3, 2026, within the social media platform, TikTok:

**LEYVA**: Go to the restroom and finger ur self

**MINOR VICTIM:** What is your number?

**LEYVA:** 210-XXX-XXXX

**LEYVA:** Show me your face and body

**MINOR VICTIM:** Ok

**LEYVA:** FaceTime me naked

**[Call placed]**

...

**LEYVA:** Let me guess your age

**MINOR VICTIM:** K

**LEYVA:** 11 or 12

**LEYVA:** Was I close?

...

**LEYVA:** Just asking cuz I'm good at guessing names

**LEYVA:** U needa post more!! You'd go viral

**LEYVA:** Especially if u post like full body dances

**LEYVA:** Ur thiccccc

...

**LEYVA:** All that ass

**LEYVA:** I'd grab it

**MINOR VICTIM:** K

**LEYVA:** Come grab my

**LEYVA:** Dick

**MINOR VICTIM:** K

**LEYVA:** I'd shove it so far

**LEYVA:** I'd make ur dad hear u moan from the other room

...

**LEYVA:** Sexy af

**LEYVA:** Bend over fully

**LEYVA:** I wanna see that

...

**LEYVA:** U look good

**LEYVA:** Show me ur body

**[image sent from MINOR VICTIM]**

**[video sent from LEYVA]**

**LEYVA:** I'd fucking eat that pussy all day

...

**LEYVA:** Oh damn

**LEYVA:** How old are you

**LEYVA:** U young af

**LEYVA:** I'd stretch that

**LEYVA:** Pussy

**MINOR VICTIM:** 11

**MINOR VICTIM:** U

**LEYVA:** I'm 20

**MINOR VICTIM:** Oh

**LEYVA:** We'd make a good couple

...

**LEYVA:** Show me ur full body naked again

**LEYVA:** Even ur pussy

...

**LEYVA:** I wanna see yo

**LEYVA:** Pussy

## IDENTIFYING INFORMATION

8. Investigators used the telephone number provided to MINOR VICTIM by LEYVA in the above chat communications (210-XXX-XXXX) to identify subscriber information. Investigators learned that the subscriber was LEYVA, a male residing at 18806 County Road 5733 in Castroville, Texas. Available Texas Department of Motor Vehicles records also included a photograph of LEYVA. Investigators were able to compare that image with several images of LEYVA that he had sent to MINOR VICTIM. Investigators obtained an arrest warrant for LEYVA, who was apprehended in the approximate area of 405 County Road 574, Castroville, Texas after a traffic stop on October 8, 2026.

**CONCLUSION**

9. Based upon the aforementioned, as stated above, your affiant asserts that probable cause exists for the violations of federal law, as detailed in paragraph three (3) of this affidavit. To wit, your affiant has provided sufficient evidence to establish that LEYVA did knowingly and intentionally persuade, induce, entice, and coerce MINOR VICTIM, a 9-year-old juvenile female, in an attempt to have MINOR VICTIM produce and transmit, by use of computer, which would have thereby affected interstate commerce, the live visual depiction of CSAM involving MINOR VICTIM. Specifically, your affiant provided evidence to prove that on or about October 3, 2026, LEYVA did make such requests to MINOR VICTIM in an attempt to produce a live visual depiction of CSAM, in violation of Title 18, United States Code § 2251(a), Attempted Production of Child Sexual Abuse Material.

10. As such and with respect to the forgoing, your affiant respectfully requests that a warrant for the arrest for LEYVA be issued for violation of Title 18, United States Code § 2251(a), Attempted Production of Child Sexual Abuse Material.

Respectfully submitted,

Alan-Michael Nelson, Task Force Officer
Federal Bureau of Investigation
Lafayette, LA

Subscribed and sworn to before me on this 9th day of October 2026.

HONORABLE JUDGE DAVID J. AYO
UNITED STATES MAGISTRATE JUDGE